

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-14-00866-CV

**IN THE INTEREST OF A.G.F., A.F.F. AND E.H.F., CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05746
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby NOTED. Clerk's record is due no later than May, 1, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court